# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| PATRICK KELLOGG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:18-CV-153 |
| | ) |
| CHATTANOOGA POLICE DEPARTMENT, | ) |
| And AFTON YATES, Chattanooga Police | ) |
| Officer, in her official capacity, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion filed contemporaneously herewith, it is **ORDERED** that Defendants' motion to dismiss is **GRANTED**, and Plaintiff's claims against Defendants are **DISMISSED**, **with prejudice.**

**IT IS SO ORDERED.**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**

**ENTERED AS A JUDGMENT**

_/s/ JOHN L. MEDEARIS_
**CLERK OF COURT**